NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| SANTOMENNO, et al. | : | |
| | : | **Civil Action No. 11-0736 (ES)** |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | |
| TRANSAMERICA LIFE INSURANCE CO., et al. | : | **ORDER** |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

---

**SALAS, District Judge**

For the reasons set forth in the Opinion filed herewith,

IT IS on this <u>30th</u> Day of <u>March</u> 2012,

ORDERED that Transamerica Life Insurance Company, Transamerica Investment Management, LLC, and Transamerica Asset Management's motion for transfer of venue to the Central District of California—(D.E. 33)—is hereby GRANTED; and it is further

ORDERED that, in light of the Court's determination that transfer is proper, the Court will not address the motions to dismiss—(D.E.s 34 and 35); and it is further

ORDERED that the clerk of Court shall terminate D.E.s 33, 34, and 35.


*s/Esther Salas*
**Esther Salas, U.S.D.J.**