Name and address:
Shannon M. Barrett
O'Melveny & Myers LLP
1625 Eye Street, NW
DWashington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaclyn Santomenno, Karen Poley and Barbara Foley, et al.<br><br>Plaintiff(s)<br>v.<br>Transamerica Life Insurance Company and all other Defendants<br><br>Defendant(s). | CASE NUMBER<br><br>2:12-cv-02782-DDP-MAN<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Plea: submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, i departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full befoi any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and whic has been issued within 30 days, must be attached to this application.

I, Shannon M. Barrett, hereby apply to the Court under Local Rules 83-2.3 ar 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Transamerica Life Insurance and all other defendants by whom I have been retained.

My business information is:
O'Melveny & Myers LLP
*Firm Name*

1625 Eye Street, NW
*Street Address*

Washington, D.C. 20006
*City, State, Zip*

sbarrett@omm.com
*E-Mail Address*

202-383-5308
*Telephone Number*

202-383-5414
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additiona pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| D.C. Court of Appeals | 04/08/02 |
| Supreme Court of Illinois | 11/06/97 (not active) |
| U.S. Court of Appeals for the 7th Circuit | 04/13/04 |
| U.S. Court of Appeals for the 8th Circuit | 11/07/98 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## Continuation of Shannon M. Barrett's Bar Information

| *Title of Court* | *Date of Admission* |
|---|---|
| U.S. Court of Appeals for the 5th Circuit | 04/11/06 |
| U.S. Court of Appeals for the 4th Circuit | 08/02/05 |
| U.S. Court of Appeals for the 11th Circuit | 11/20/02 |
| U.S. District Court, Central District of Illinois | 11/08/01 |
| U.S. District Court, District of Columbia | 08/02/04 |
| U.S. District Court, District of Maryland | 04/04/05 |
| U.S. District Court, Northern District of Illinois | 02/23/99 |
| U.S. District Court, Western District of Wisconsin | 01/31/07 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Christopher Craig as local counsel, whose business information is as follows:

O'Melveny & Myers LLP
*Firm Name*

400 South Hope Street
*Street Address*

Los Angeles, CA 90071-2899
*City, State, Zip*

christophercraig@omm.com
*E-Mail Address*

213-430-6029
*Telephone Number*

213-430-6407
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 4/17/12

Shannon Barrett
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 4/23/2012

Christopher Craig
*Designee's Name (please print)*

*Designee's Signature*

257108
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**SHANNON M. BARRETT**

was on the  8TH  day of  APRIL, 2002

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 17, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk