BRIAN BOYLE (S.B. #126576)
bboyle@omm.com
AMY J. LONGO (S.B. #198304)
alongo@omm.com
CHRISTOPHER B. CRAIG (S.B. #257108)
christophercraig@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants Transamerica Life Insurance Company, Transamerica Investment Management, LLC and Transamerica Asset Management, Inc..

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACLYN SANTOMENNO, KAREN POLEY, and BARBARA POLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA INVESTMENT MANAGEMENT, LLC, and TRANSAMERICA ASSET MANAGEMENT, INC., <br><br> Defendants | Case No. 2:12-cv-02782-DDP-MAN <br><br> **NOTICE OF APPEARANCE OF BRIAN BOYLE AS COUNSEL OF RECORD** |

TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR ATTORNIES OF RECORD:

PLEASE TAKE NOTICE that Brian Boyle of the firm of O'Melveny & Myers LLP, enters his appearance in the above-entitled action as counsel of record for Defendants Transamerica Life Insurance Company, Transamerica Investment Management, LLC, and Transamerica Asset Management, Inc., and requests that in addition to service on current counsel of record, all further notice and copies of pleadings, papers and other materials relevant to this action be directed and served upon:

>   Brian Boyle
>   1625 Eye Street, NW
>   Washington, DC 20006
>   Telephone: (202) 383-5300
>   Facsimile: (202) 383-5414
>   E-mail: bboyle@omm.com

Dated: May 1, 2012

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: _____/s/ Brian Boyle_____
　　　Brian Boyle
Attorneys for Defendants Transamerica Life Insurance Company, Transamerica Investment Management, LLC and Transamerica Asset Management, Inc.