Shannon M. Barrett
O' Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaclyn Santomenno, Karen Poley and Barbara Poley, et al.,<br><br>Plaintiff(s)<br>v.<br>Transamerica Life Insurance Company and all other Defendants,<br><br>Defendant(s). | CASE NUMBER<br><br>2:12-cv-02782-DDP-MAN<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Shannon M. Barrett__, of __O'Melveny & Myers LLP, 1625 Eye St, NW, Washington, DC 20006__
*Applicants Name* — *Firm Name / Address*

__202-383-5308__                                                                        __sbarrett@omm.com__
*Telephone Number*                                                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person _____

and the designation of __Christopher Craig/CA Bar #257108__
*Local Counsel Designee /State Bar Number*

of __O' Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 20071-2899__
*Local Counsel Firm / Address*

__213-430-6029__                                                                        __christophercraig@omm.com__
*Telephone Number*                                                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

Dated  May 03, 2012

*(signature)*
U. S. District Judge