```
BRIAN BOYLE (S.B. #126576) bboyle@omm.com
AMY J. LONGO (S.B. #198304) alongo@omm.com
CHRISTOPHER B. CRAIG (S.B. #257108) christophercraig@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
```

Attorneys for Defendants Transamerica Life Insurance Company, Transamerica Investment Management, LLC and Transamerica Asset Management, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN SANTOMENNO, KAREN POLEY, and BARBARA POLEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA INVESTMENT MANAGEMENT, LLC, and TRANSAMERICA ASSET MANAGEMENT, INC.,<br><br>    Defendants. | Case No. 2:12-cv-02782-DDP-MAN<br><br>**ORDER** |

## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. Defendants have an additional 30 days to answer, move or otherwise respond to the complaint and Defendants' response is now due May 29, 2012.

2. Plaintiffs shall have until July 30, 2012 to oppose any motion to dismiss, and Defendants shall have 21 days from such opposition to file any reply to such opposition.

3. The deadline for Plaintiffs' motion for class certification under Local Rule 23-3 (C.D. Cal.) is excused and extended. The parties shall agree to a

briefing schedule for Plaintiffs' motion for class certification or otherwise present to the Court their positions regarding the appropriate timing for briefing this motion in their written report to the Court pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 (C.D. Cal.), after which time the Court will establish a schedule thereof.

Dated: May 21, 2012

*[signature]*

The Honorable Dean D. Pregerson
United States District Judge