Name and address:
Theresa Vitello
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue
New York, NY 10022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN SANTOMENNO, et al.,<br><br>Plaintiff(s)<br>v.<br>TRANSAMERICA LIFE INSURANCE COMPANY, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:12-CV-2782-DPP (MANx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Theresa Vitello _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Jaclyn Santomenno, et al. _____ by whom I have been retained.

My business information is:
Levy Phillips & Konigsberg, LLP
*Firm Name*

800 Third Avenue, 11th Floor
*Street Address*

New York, NY 10022
*City, State, Zip*

tvitello@lpklaw.com
*E-Mail Address*

(212)605-6205
*Telephone Number*

(212)605-6290
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Pennsylvania | 11/21/02 |
| Supreme Court of New Jersey | 11/26/02 |
| Supreme Court of New York | 9/28/05 |
| United States District Court for the Eastern District of Pennsylvania | 12/20/02 |

| *Title of Court* | *Date of Admission* |
|---|---|
| United States District Court of New Jersey | 12/30/02 |
| United States District Court, Southern District of New York | 3/13/06 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Sharon T. Hritz  as local counsel, whose business information is as follows:

Keller Rohrback, LLP
*Firm Name*

1129 State Street, Suite 8
*Street Address*

Santa Barbara, CA 93101
*City, State, Zip*

shritz@kellerrohrback.com
*E-Mail Address*

(805)456-1496
*Telephone Number*

(805)456-1497
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  6/26/12

THERESA VITELLO
*Applicant's Name (please print)*

/s/ Theresa X Vitello
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  06/25/2012

Sharon T. Hritz
*Designee's Name (please print)*

/s/Sharon T. Hritz
*Designee's Signature*

265105
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Theresa Ann Vitello** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 28th day of September 2005, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 07, 2012.



Clerk of the Court



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Theresa Ann Vitello, Esq.

#### DATE OF ADMISSION

**November 21, 2002**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 14, 2012

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **THERESA ANN VITELLO** (No. **021472002**) was constituted and appointed an Attorney at Law of New Jersey on **November 26, 2002** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **18TH** day of **June**, 20 **12**.

*Clerk of the Supreme Court*

-453a-