Lynn L. Sarko *(Pro Hac Vice)*
lsarko@kellerrohrback.com
Michael D. Woerner *(Pro Hac Vice)*
mwoerner@kellerrohrback.com
Derek W. Loeser *(Pro Hac Vice)*
dloeser@kellerrohrback.com
Gretchen S. Obrist *(Pro Hac Vice)*
gobrist@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Sharon T. Hritz (S.B. #265105)
shritz@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1129 State Street, Suite 8
Santa Barbara, CA  93101-6760
Tel: (805) 456-1496
Fax: (805) 456-1497

Robert L. Lakind *(Pro Hac Vice)*
rlakind@szaferman.com
Arnold C. Lakind *(Pro Hac Vice)*
alakind@szaferman.com
Mark A. Fischer *(Pro Hac Vice)*
mfisher@szaferman.com
Robert E. Lytle *(Pro Hac Vice)*
rlytle@szaferman.com
Robert G. Stevens, Jr. *(Pro Hac Vice)*
rstevens@szaferman.com
SZAFERMAN, LAKIND, BLUMSTEIN &
BLADER, P.C.
101 Grovers Mill Road
Lawerenceville, NJ 08648
Tel: (609) 275-0400
Fax: (609) 275-4511

*Counsel for Plaintiffs Jaclyn Santomenno,*
*Karen Poley and Barbara Poley*

1
2  Danielle Disporto *(Pro Hac Vice)*
   ddisporto@lpklaw.com
3  Theresa Vitello *(Pro Hac Vice)*
   tvitello@lpklaw.com
4  LEVY PHILLIPS & KONIGSBERG, LLP
   800 Third Avenue, 11th Floor
5  New York, NY 10022
   Tel: (212) 605-6205
6  Fax: (212) 605-6290
7
8  *Additional Counsel for Plaintiffs Jaclyn Santomenno,*
   *Karen Poley and Barbara Poley*
9
10
11            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
12
   | JACLYN SANTOMENNO, et al., | No. 2:12-CV-02782-DDP (MANx) |
13 |                            |                              |
   |             Plaintiffs,    | **CLASS ACTION**             |
14 |                            |                              |
15 | v.                         | **PROOF OF SERVICE**         |
   |                            |                              |
16 | TRANSAMERICA LIFE INSURANCE | BEFORE THE HON. DEAN D.     |
17 | COMPANY, et al.;           | PREGERSON                    |
18 |                            |                              |
   |             Defendants.    |                              |
19
20
21       I, Katy Mak, declare:
22       I hereby certify that I am now, and at all times material hereto was, over the
23  age of 18, not a party to, nor interested in, the above-entitled action, and am
24  competent to testify as a witness herein.  My business address is 1201 Third
25  Avenue, Suite 3200, Seattle, Washington 98101-3052.
26
27
28

                                     2

On July 30, 2012, I served the foregoing documents:

1. Plaintiff's Opposition to Defendants' Motions to Dismiss;

2. Declaration of Gretchen S. Obrist in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss; and

3. Appendix of Unpublished Authorities

☒ BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:

I caused the above documents to be transmitted via electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed. R. Civ. P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the NEF. "A Notice of Electronic Filing is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when emailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed. R. Civ. P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I caused the above documents to be hand delivered to the chambers of Judge Pregerson on July 31, 2012, pursuant to Minute Order (In Chambers) (Dkt. 98).

**SERVICE LIST**

Amy J. Longo (S.B. #198304)
Christopher B. Craig (S.B. #257108)
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (312) 430-6000
Fax: (213) 430-6407
Email: alongo@omm.com
Email: christophercraig@omm.com

Brian Boyle (S.B. #126576)
Theresa Gee (S.B. #136241)
Shannon M. Barrett (Pro Hac Vice)
Robert N. Eccles (Pro Hac Vice)
O'MELVENY & MYERS, LLP
1625 Eye Street NW
Washington, D.C. 20006-4001
Phone: (202) 383-5900
Fax: (202) 383-5414
Email: bboyle@omm.com
Email: sbarrett@omm.com
Email: tgee@omm.com
Email: beccles@omm.com

*Attorneys for Defendants Transamerica Life Insurance Company, Transamerica Investment Management., LLC and Transamerica Asset Management, Inc.*

     EXECUTED this 1st day of August, 2012 at Seattle, Washington.

                          Respectfully submitted,

                          /s/ Katy Mak
                          Katy Mak