```
ROBERT ECCLES (Pro Hac Vice)
beccles@omm.com
BRIAN BOYLE (S.B. #126576)
bboyle@omm.com
SHANNON BARRETT (Pro Hac Vice)
sbarrett@omm.com
THERESA GEE (S.B. #136241)
tgee@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

AMY J. LONGO (S.B. #198304)
alongo@omm.com
CHRISTOPHER B. CRAIG (S.B. #257108)
christophercraig@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendants Transamerica Life
Insurance Company, Transamerica Investment
Management, LLC and Transamerica Asset
Management, Inc.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN SANTOMENNO, KAREN POLEY, and BARBARA POLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA INVESTMENT MANAGEMENT, LLC, and TRANSAMERICA ASSET MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:12-cv-02782-DDP-MAN<br><br>Hon. Dean D. Pregerson<br><br>**NOTICE OF ERRATA**<br><br>**HEARING: OCTOBER 1, 2012**<br>**TIME: 10:00 AM** |

Defendants Transamerica Life Insurance Company, Transamerica Investment Management, LLC, and Transamerica Asset Management, Inc., hereby file this Notice of Errata to correct an inadvertent error in the electronic filing of its Reply In Support of Defendant Transamerica Life Insurance Company's Motion to Dismiss Class Action Complaint (No. 118) (the "TLIC Reply"). The TLIC Reply was mistakenly filed in connection with Docket No. 104. The correct docket entry for the Motion to Dismiss associated with the TLIC Reply should be Docket No. 103.

Dated: August 20, 2012

s/ CHRISTOPHER B. CRAIG
ROBERT ECCLES (PRO HAC VICE)
beccles@omm.com
BRIAN BOYLE
bboyle@omm.com
SHANNON BARRETT
sbarrett@omm.com
THERESA GEE
tgee@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

AMY J. LONGO
alongo@omm.com
CHRISTOPHER B. CRAIG
christophercraig@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants Transamerica Life Insurance Company, Transamerica Investment Management, LLC, and Transamerica Asset Management, Inc.