UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV 12-02782 DDP (MANx)                           Dated: September 28, 2012

Title:  JACLYN SANTOMENNO; KAREN POLEY; BARBARA POLEY -v- TRANSAMERICA LIFE INSURANCE COMPANY; TRANSAMERICA INVESTMENT MANAGEMENT, LLC; TRANSAMERICA ASSET MANAGEMENT INC.
========================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

        <u>John A. Chambers</u>                                           <u>None Present</u>
        Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                                  None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE / TO DISMISS CLASS ACTION COMPLAINT FILED BY DEFENDANTS TRANSAMERICA ASSET MANAGEMENT, INC., TRANSAMERICA INVESTMENT MANAGEMENT, LLC, TRANSAMERICA LIFE INSURANCE COMPANY (DOCKET NUMBER 103)
MOTION TO DISMISS CASE / TO DISMISS CLASS ACTION COMPLAINT FILED BY DEFENDANTS TRANSAMERICA ASSET MANAGEMENT, INC., TRANSAMERICA INVESTMENT MANAGEMENT, LLC, TRANSAMERICA LIFE INSURANCE COMPANY (DOCKET NUMBER 104) is hereby continued from October 1, 2012 to Thursday, October 11, 2012 at 10:00 a.m.


MINUTES FORM 11                                                       Initials of Deputy Clerk   JAC
CIVIL -- GEN