
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN SANTOMENNO; KAREN POLEY; BARBARA POLEY,<br><br>            Plaintiffs,<br><br>   v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY; TRANSAMERICA INVESTMENT MANAGEMENT, LLC; TRANSAMERICA ASSET MANAGEMENT INC.,<br><br>            Defendants. | Case No. CV 12-02782 DDP (MANx)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

By October 25, 2012, the parties shall file a joint statement, not to exceed 15 pages, explaining the Transamerica system as it relates to the Motion before the court.  The briefing shall include a description of the entities Transamerica Life Insurance Company, Transamerica Investment Management, LLC, and Transamerica Asset Management, Inc., and the relationship among them.  It shall also

///

///

include a chart depicting the flow of money from Plan Participants to the various types of investment instrument via the separate accounts.

IT IS SO ORDERED.


Dated: October 19, 2012

                                      DEAN D. PREGERSON
                                      United States District Judge