1  Lynn L. Sarko *(Pro Hac Vice)*
   lsarko@kellerrohrback.com
2  Michael D. Woerner *(Pro Hac Vice)*
   mwoerner@kellerrohrback.com
3  Derek W. Loeser *(Pro Hac Vice)*
   dloeser@kellerrohrback.com
4  Gretchen S. Obrist *(Pro Hac Vice)*
   gobrist@kellerrohrback.com
5  Juli E. Farris (S.B. #141716)
   jfarris@kellerrohrback.com
6  KELLER ROHRBACK L.L.P.
7  1201 Third Avenue, Suite 3200
   Seattle, WA 98101
8  Tel: (206) 623-1900 / Fax: (206) 623-3384
9
   Robert L. Lakind *(Pro Hac Vice)*
10 rlakind@szaferman.com
   Arnold C. Lakind *(Pro Hac Vice)*
11 alakind@szaferman.com
   Mark A. Fischer *(Pro Hac Vice)*
12 mfisher@szaferman.com
   Robert E. Lytle *(Pro Hac Vice)*
13 rlytle@szaferman.com
   Robert G. Stevens, Jr. *(Pro Hac Vice)*
14 rstevens@szaferman.com
   SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
15 
16 101 Grovers Mill Road
   Lawrenceville, NJ 08648
17 Tel: (609) 275-0400 / Fax: (609) 275-4511

18 ***Additional Counsel for Plaintiffs Jaclyn Santomenno,***
   ***Karen Poley and Barbara Poley on next page***
19
                   UNITED STATES DISTRICT COURT
20                 CENTRAL DISTRICT OF CALIFORNIA

21 JACLYN SANTOMENNO, et al.,          | No. 2:12-CV-02782-DDP (MANx)

22                        Plaintiffs,  | **CLASS ACTION**

23 v.                                  | **PLAINTIFFS' RESPONSE TO**
                                        | **DEFENDANTS' APRIL 17, 2013**
24                                     | **NOTICE OF SUPPLEMENTAL**
   TRANSAMERICA LIFE                   | **AUTHORITY**
25 INSURANCE COMPANY, et al.;
                                        | **BEFORE THE HON. DEAN D. PREGERSON**
26                        Defendants.  | **HEARING: APRIL 22, 2013; TIME:10:00**
                                        | **A.M.**
27
28

Danielle Disporto *(Pro Hac Vice)*
ddisporto@lpklaw.com
Theresa Vitello *(Pro Hac Vice)*
tvitello@lpklaw.com
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
Tel: (212) 605-6205
Fax: (212) 605-6290

Sharon T. Hritz (S.B. #265105)
shritz@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1129 State Street, Suite 8
Santa Barbara, CA 93101-6760
Tel: (805) 456-1496
Fax: (805) 456-1497

***Additional Counsel for Plaintiffs Jaclyn Santomenno,
Karen Poley and Barbara Poley***

1    On April 17, 2013 Defendants submitted to this Court the Seventh Circuit's

2    decision in *Leimkuehler v. American United Life Ins. Co* ("AUL")., No. 12-1081,

3    (7th Cir. Apr. 16, 2013), claiming it supports Transamerica Life Insurance

4    Company's ("TLIC") argument that it is not a fiduciary. However, *Leimkuehler*,

5    which was resolved on a motion for summary judgment, is distinguishable.

6    Unlike AUL's product, TLIC described, and marketed, its product as "a

7    proactive turn-key fiduciary program." (Declaration of Gretchen Obrist filed with

8    Plaintiffs' Opposition to TLIC's Motion to Dismiss, Dkt. 116, (Dec. Obrist) Ex. B).

9    According to TLIC, "[i]f your confused about your fiduciary responsibilities, don't

10   worry," (Compl. ¶ 100, p. 20), "[o]ur expertise enables you to focus on your

11   business." (Compl. ¶ 96). TLIC stated its "Transamerica Investment Monitor (TIM)

12   is our…comprehensive, due diligence process for selecting…the investment

13   choices…for your…plan. …. We look for investment choices that have lower than

14   average management expenses." (Compl. ¶ 181, p. 33).  Additionally, in the

15   selection process, TLIC promised to "examine[] six different criteria to determine if

16   an investment choice is appropriate [including]: Fees & Expenses…." (Compl. ¶

17   181, p. 34). As these examples reflect, "TLIC is negotiating to become a fiduciary

18   and negotiating for the fees that, as a fiduciary, it will assess…." *Santomenno v.*

19   *Transamerica Life Ins .Co., 2013 WL 603901 *6.

20   Once retained, unlike AUL, TLIC operated the plans with its "Fiduciary

21   Warranty," "Fiduciary Management Program" and "TIM." TLIC's "Fiduciary

22   Warranty" allegedly ensured that a plan's investment options satisfied ERISA's

23   prudence requirement. *Id.* at 1. The TIM was used for "monitoring"  "Fees &

24   Expenses." (Compl. ¶ 181).  Similarly, TLIC's Fiduciary Management Program

25   provided a quarterly "Investment Scorecard" that specifically evaluated/"Score[d]"

26

27

28

each investment options' "Fees & Expenses." (Dec. Obrist, Ex. G).[1]  TLIC admitted it has "'limited fiduciary responsibilities for monitoring the investment performance within its separate account investment options. (TLIC Mot. at 12).'" *Santomenno,* * 5.  This admission was not made in *Leimkuehler.*  Further, monitoring performance is not a "limited" fiduciary task, and necessarily implicates monitoring "Fees & Expenses," a fact TLIC  has conceded: "To ensure Plan Sponsors are offered investment options that have reasonable fees and expenses [TLIC's] investment committee will **monitor each investment option's expense ratio** on a quarterly basis."  (Dec. Obrist, Ex. H, p. 43) (emphasis added).  TLIC not only assumed the fiduciary role of monitoring, and advising on, the investment options' fees, which alone confers upon its fiduciary status, (*See* ERISA 3(21)(A)(ii)), it retained the authority to delete investment options, which this and other Courts have held renders an entity a fiduciary.  Further, TLIC specifically promised to delete investment options that "failed to meet our stringent criteria…" (Dec. Obrist, Ex. G, p. 36). Additionally, TLIC retained the authority to amend its fees, a fact not present and *Leimkuehler*, which is a power both this Court and the Seventh Circuit have held confers upon an entity fiduciary status. *See e.g, Midwest Comm. Health Serv., Inc. v. Am. United Life Ins. Co.,* 255 F.3d 375, 377 (7th Cir. 2001).[2]

In sum, *Leimkuehler,* which was resolved on a motion for summary judgment, is distinguishable.

Respectfully submitted,

**SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.**

---

[1] As the Court noted for the "Vanguard Total Stock Market Index Ret Opt., the underlying mutual fund [which is available to the general public] charges 18 basis points and TLIC charged an additional account fee of 93 basis points." *Santomenno,* *2.  TLIC rated this investment option's fees with a "5" meaning it "Significantly Exceeds [TLIC's] Criteria." (Dec. Obrist Ex. G, p. 28.).

[2] Even without discovery Plaintiffs have evidence of TLIC amending its fees (Dec. Obrist Ex I).

1

2
s/ Robert L. Lakind

3
Robert L. Lakind *(Pro Hac Vice)*
rlakind@szaferman.com

4
Arnold C. Lakind *(Pro Hac Vice)*
alakind@szaferman.com

5
Mark A. Fischer *(Pro Hac Vice)*
mfischer@szaferman.com

6
Robert E. Lytle *(Pro Hac Vice)*

7
rlytle@szaferman.com
Robert G. Stevens, Jr. *(Pro Hac Vice)*

8
rstevens@szaferman.com

9
SZAFERMAN, LAKIND, BLUMSTEIN &
BLADER, P.C.

10
101 Grovers Mill Road

11
Lawrenceville, NJ 08648
Tel: (609) 275-0400

12
Fax: (609) 275-4511

13

14
Lynn L. Sarko *(Pro Hac Vice)*
lsarko@kellerrohrback.com

15
Michael D. Woerner *(Pro Hac Vice)*
mwoerner@kellerrohrback.com

16
Derek W. Loeser *(Pro Hac Vice)*

17
dloeser@kellerrohrback.com
Gretchen S. Obrist *(Pro Hac Vice)*

18
gobrist@kellerrohrback.com

19
Juli E. Farris (S.B. #141716)
jfarris@kellerrohrback.com

20
KELLER ROHRBACK L.L.P.

21
1201 Third Avenue, Suite 3200
Seattle, WA 98101

22
Tel: (206) 623-1900

23
Fax: (206) 623-3384

24

25
Sharon T. Hritz
shritz@kellerrohrback.com

26
KELLER ROHRBACK L.L.P.

27
1129 State Street, Suite 8
Santa Barbara, CA  93101-6760

28
Tel: (805) 456-1496

3

Fax: (805) 456-1497

Danielle Disporto *(Pro Hac Vice)*
ddisporto@lpklaw.com
Theresa Vitello *(Pro Hac Vice)*
tvitello@lpklaw.com
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
Tel: (212) 605-6205
Fax: (212) 605-6290

***Counsel for Plaintiffs Jaclyn Santomenno,
Karen Poley and Barbara Poley***