BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
SHANNON BARRETT (*pro hac vice*)
sbarrett@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
MATTHEW C. HIPP (S.B. #248679)
mhipp@omm.com
CHRISTOPHER B. CRAIG (S.B. #257108)
christophercraig@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6307

Attorneys for Defendants Transamerica Life Insurance Company, Transamerica Investment Management, LLC and Transamerica Asset Management, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN SANTOMENNO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 2:12-cv-02782-DDP-MAN <br><br> **ORDER REGARDING SCHEDULING ORDER** <br><br> Judge: Hon. Dean D. Pregerson <br> Magistrate: Hon. Margaret A. Nagle <br><br> Pretrial Conference: May 30, 2013 <br> Discovery Cutoff: TBD <br> Trial: TBD |

Pursuant to the Parties Joint Stipulation Regarding Scheduling Order, the Court amends the case deadlines as follows:

| | |
|---|---|
| **March 31, 2014** | Deadlines for Parties to exchange class certification expert disclosures and reports complying with Federal Rule of Civil Procedure 26(a)(2) |
| **April 2, 2014** | Deadline for Parties to serve copies of disclosed experts' reliance files (the contents of which will be subject to further definitization by Parties) |
| **May 7, 2014** | Deadlines for Parties to exchange class certification rebuttal expert disclosures and reports complying with Federal Rule of Civil Procedure 26(a)(2) |
| **May 9, 2014** | Deadline for Parties to serve copies of disclosed rebuttal experts' reliance files (the contents of which will be subject to further definitization by Parties) |
| **May 23, 2014** | Deadline for depositions of class certification expert witnesses |
| **July 8, 2014** | Deadline for Plaintiffs to file motion for class certification |
| **September 8, 2014** | Deadline for Defendants to file opposition to motion for class certification |
| **October 8, 2014** | Deadline for Plaintiffs to file reply in support of motion for class certification (which will pave the way for the Court's class ruling ("Class Ruling")) |

**IT IS SO ORDERED BY THE COURT.**

Dated: <u>March 28, 2014</u>

*/s/ Dean D. Pregerson*

Hon. Dean D. Pregerson
United States District Judge
Central District of California