**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACLYN SANTOMENNO, et al., | No. 2:12-cv-02782-DDP (MAN$_x$) |
| Plaintiffs, | |
| v. | **ORDER AMENDING THE MARCH 28, 2014 SCHEDULING ORDER** |
| TRANSAMERICA LIFE INSURANCE COMPANY, et al., | [D$_{KT}$. N$_O$. 297] |
| Defendants. | |

  WHEREAS, under the current Scheduling Order (Dkt. No. 270), Plaintiffs' are to file their Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Reply Brief") on October 8, 2014; and

  WHEREAS, the Parties have agreed to amend the prior Scheduling Order to extend the deadline for Plaintiffs to file their Reply Brief from October 8, 2014 until October 15, 2014.

1 | IT IS ORDERED that the Scheduling Order entered by this Court on March 28, 2014 (Dkt Entry No. 270) is hereby amended such that the deadline for Plaintiffs to file their Reply Brief shall now be October 15, 2014.

IT IS SO ORDERED.

Dated: September 19, 2014

*(signature)*

Honorable Dean D. Pregerson
United States District Judge
Central District of California