UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 12-02782 DDP (MANx)                              Dated: November 19, 2014

Title:      JACLYN SANTOMENNO; KAREN POLEY; BARBARA POLEY -v- TRANSAMERICA LIFE INSURANCE COMPANY; TRANSAMERICA INVESTMENT MANAGEMENT, LLC; TRANSAMERICA ASSET MANAGEMENT INC.
===================================================================
PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

    <u>John A. Chambers</u>                                        <u>None Present</u>
    Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                       None

PROCEEDINGS:         MINUTE ORDER (IN CHAMBERS)

    **COUNSEL ARE NOTIFIED**, on the Court's own motion, the SCHEDULING CONFERENCE is hereby continued from November 24, 2014 to Thursday, January 29, 2015 at 11:00 a.m.

MINUTES FORM 11                                                Initials of Deputy Clerk   JAC
CIVIL -- GEN