UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JACLYN SANTOMENNO; et al.,

    Plaintiffs - Appellees,

v.

TRANSAMERICA LIFE INSURANCE COMPANY; et al.,

    Defendants - Appellants.

No. 16-56418

D.C. No. 2:12-cv-02782-DDP-MAN
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered February 23, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $271.50.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7