Lynn L. Sarko (*Pro Hac Vice*)
lsarko@kellerrohrback.com
Michael D. Woerner (*Pro Hac Vice*)
mwoerner@kellerrohrback.com
Derek W. Loeser (*Pro Hac Vice*)
dloeser@kellerrohrback.com
Gretchen S. Obrist (*Pro Hac Vice*)
gobrist@kellerrohrback.com
Juli E. Farris (S.B. #141716)
jfarris@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-338

Robert L. Lakind *(Pro Hac Vice)*
rlakind@szaferman.com
Arnold C. Lakind *(Pro Hac Vice)*
alakind@szaferman.com
Stephen Skillman *(Pro Hac Vice)*
sskillman@szaferman.com
SZAFERMAN, LAKIND, BLUMSTEIN &
BLADER, P.C.
101 Grovers Mill Road
Lawrenceville, NJ 08648
Tel: (609) 275-0400 / Fax: (609) 275-4511

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN SANTOMENNO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-02782-DDP (MANx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)(2)**<br><br>Judge:   Hon. Dean D. Pregerson |

## **ORDER**

After consideration of Plaintiffs' Motion to Dismiss with Prejudice Under Rule 41(a)(2), which Defendants do not oppose, it is hereby ORDERED that this case is DISMISSED in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

Dated : April 24, 2018

_____
Honorable Dean D. Pregerson
United States District Judge
Central District of California